1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIANHAI LACE CO. LTD., TIANHAI LACE (GUANGDONG) LTD. and TIANHAI LACE USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZOETOP BUSINESS CO. LIMITED d/b/a SHEIN and SHEIN DISTRIBUTION CORPORATION, <br><br> Defendants. | Case No. 2:21-cv-05295-FMO-MRWx <br><br> **ORDER GRANTING STIPULATION TO CONTINUE ZOETOP'S DEADLINE TO RESPOND TO COMPLAINT, SCHEDULING CONFERENCE, AND ASSOCIATED DEADLINES TO FACILITATE SETTLEMENT DISCUSSIONS** <br><br> Current Response Date: September 20, 2021 <br><br> Proposed Response Date: October 18, 2021 <br><br> Current Date of Scheduling Conference: October 14, 2021 <br><br> Proposed Date of Scheduling Conference: December 2, 2021 <br><br> Judge: Hon. Fernando M. Olguin <br><br> Action Filed: June 29, 2021 |

1  The Court, having considered the Parties' Stipulation to Continue Defendant
2  Zoetop Business Co. Ltd.'s ("Zoetop") Deadline to Respond to Complaint,
3  Scheduling Conference, and Associated Deadlines to Facilitate Settlement
4  Discussions, and good cause for the requested continuance having been demonstrated
5  as the Parties' early engagement in substantive settlement discussions, if successful,
6  will end this litigation without the need for a scheduling conference,

7  HEREBY ORDERS:

8  1.  Zoetop's deadline to respond to the Complaint is extended from
9  September 20, 2021 to October 18, 2021; and

10  2.  The scheduling conference currently scheduled for October 14, 2021, is
11  continued to December 2, 2021, at 10:00 AM. The deadline for parties to meet and
12  discuss the matters set forth in Fed. R. Civ. P. 26(f) currently scheduled for September
13  23, 2021, is hereby continued to November 11, 2021. The deadline for the parties to
14  file a Joint Rule 26(f) Report currently scheduled for September 30, 2021, is hereby
15  continued to November 18, 2021.

18  Dated: September 16, 2021

/s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE