KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 ajweil@kbkfirm.com
Priya D. Srinivasan (320227)
 psrinivasan@kbkfirm.com
10100 Santa Monica Blvd. Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Morgan E. Smith (SBN 293503)
 morgan.smith@finnegan.com
Matthew Samet (SBN 311865)
 matthew.samet@finnegan.com
B. Brett Heavner (admitted *pro hac vice*)
 b.brett.heavner@finnegan.com
Yinfei Wu (admitted *pro hac vice*)
 yinfei.wu@finnegan.com
901 New York Avenue NW
Washington, DC  20001
Telephone:  (202) 408-4000

Attorneys for Tianhai Lace Co., Ltd.,
Tianhai Lace (Guangdong) Ltd., and
Tianhai Lace USA Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIANHAI LACE CO. LTD., TIANHAI LACE (GUANGDONG) LTD. and TIANHAI LACE USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ZOETOP BUSINESS CO. LIMITED d/b/a SHEIN and SHEIN DISTRIBUTION CORPORATION, <br><br> Defendants. | Case No. 2:21-cv-05295 FMO (MRWx) <br><br> **STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

603316380.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs dismiss this lawsuit with prejudice following settlement of the case with Defendants.

DATED: October 11, 2021       KENDALL BRILL & KELLY LLP


By: /s/ Alan Jay Weil
Alan Jay Weil

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Morgan E. Smith (SBN 293503)
B. Brett Heavner ( admitted *pro hac vice* )
Yinfei Wu (*pro hac vice* to be filed)

*Attorneys for Tianhai Lace Co., Ltd., Tianhai Lace (Guangdong) Ltd., and Tianhai Lace USA Inc.*

DATED: October 11, 2021       GREENBERG TRAURIG, LLP


By: /s/ Nina D. Boyajian
Nina D. Boyajian

*Attorneys for Zoetop Business Co., Limited d/b/a Shein and Shein Distribution Corporation*

/ / /

/ / /

/ / /

## ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Nina D. Boyajian, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

By: _/s/ Alan Jay Weil_
Alan Jay Weil

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603316380.1

1

STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41